UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **Brian Klein,**<br><br>*Plaintiff,*<br><br>v.<br><br>**Timothy Williamson**,<br><br>*Defendant.* | **COMPLAINT** |

## PARTIES AND JURISDICTION

1. Plaintiff Brian Klein is a resident of Pickens County, South Carolina.
2. Defendant Timothy Williamson, at the time of the events described in this Complaint, was a sworn law enforcement officer employed by the Town of Central (the "Town") in the Central Police Department ("CPD"). His personal residence is unknown.
3. During all events described in this Complaint, the Defendant was acting under color of law.
4. The events giving rise to this action took place in Pickens County, South Carolina.
5. This Court has jurisdiction over this action pursuant to the United States Constitution and federal statutes, including 42 U.S.C. §§ 1983 and 1988, as well as the First, Fourth, and Fourteenth Amendments to the United States Constitution.
6. This Court has proper jurisdiction over the parties and subject matter of this action.

## FACTS

7. During all events described in this Complaint, Defendant was acting under color of law.
8. On May 27, 2021, Officer Williamson responded to the vicinity of 305 Willow Court, Central, SC 29630 at approximately 8:30 a.m.
9. Williamson approached Plaintiff at 305 Willow Court. Plaintiff was standing in the yard

of the home. Williamson instructed Plaintiff to come to where Williamson was standing. Plaintiff refused, stating that Williamson needed "to get in his shit and go on down the road."

10. Williamson then responded that "now at this point and time" Plaintiff was "under arrest."
11. Plaintiff asked "for what?"
12. Williamson then responded "for cussing in public."
13. Plaintiff was then arrested by Williamson and placed in handcuffs.
14. Plaintiff then stated "this is all because of that little pile of trash over there." Williamson responded, "No, this is because you are cussing in public."
15. Plaintiff was then transported to the Pickens County Detention Center and booked at approximately 9:30 a.m.
16. Plaintiff was charged on ticket number 4102P0087965 with "Public Disorderly Conduct" in violation of S.C. Code § 16-17-530.
17. Plaintiff was held in jail for over 24 hours awaiting release on this minor, and false, charge.
18. Plaintiff was held in jail for an inordinately long time at the direction of Defendant and to teach him a lesson.
19. Defendant then proceeded to initiate and continue criminal prosecution against Plaintiff for over six months. Finally, and wisely, the prosecutor elected to *nolle prosse* this charge in December of 2021.
20. Plaintiff was actually and legally innocent of the charge against him and there was no probable cause to arrest them based on the true and accurate facts that occurred on the date of the alleged violation of the law. Plaintiff was prosecuted for over six months before his case was dismissed.

## FOR A FIRST CAUSE OF ACTION

**Retaliation under 42 U.S.C. §1983 and the First Amendment against Defendant Williamson**

21. Defendant Williamson is sued in his individual capacity.
22. Defendant initiated a false arrest and baseless criminal prosecution against the Plaintiff.
23. Defendant was acting under color of law when making the false arrest and baseless criminal prosecutions against Plaintiff.
24. Plaintiff did nothing more than speak to Defendant Williamson.
25. Plaintiff can speak to a law enforcement officer in America. Plaintiff can question a law enforcement officer in America. Plaintiff can criticize a law enforcement officer, even harshly, in America.
26. Plaintiff's speech is protected by the First Amendment to the United States Constitution.
27. The initiation of the arrest and prosecution against the Plaintiff was in retaliation for speech which was protected by the First Amendment.
28. The dismissal of charges against Plaintiff is a favorable termination of the prosecution on the merits.
29. Plaintiff's arrests caused loss of liberty, reputational damage, humiliation, emotional distress, and other damage.
30. Plaintiff is entitled to an award of all actual damages resulting from his arrest.
31. Plaintiff is entitled to punitive damages for the reckless, willful, and wanton conduct of Defendant Williamson.

## FOR A SECOND CAUSE OF ACTION

**Unlawful seizure under 42 U.S.C. §1983 and the Fourth Amendment and Fourteenth Amendments against Defendant Williamson**

32. Defendant Williamson is sued in his individual capacity.

33. Defendant initiated a false arrest and baseless criminal prosecution against the Plaintiff.
34. Defendant was acting under color of law when making the false arrest and baseless criminal prosecution against Plaintiff.
35. The Fourth Amendment to the United States Constitution guarantees all citizens, including Plaintiff, the right to be free from unlawful seizure.
36. The Fourteenth Amendment to the United States Constitution guarantees no State shall deprive a citizen of liberty without due process of law.
37. Defendant unlawfully arrested Plaintiff without probable cause.
38. Defendant unlawfully initiated and maintained prosecution against the Plaintiff without probable cause.
39. Defendant's false arrest and malicious prosecution of Plaintiff violated his Fourth and Fourteenth Amendment rights.
40. Plaintiff is entitled to an award of all actual damages resulting from his arrests.
41. Plaintiff is entitled to punitive damages for the reckless, willful, and wanton conduct of Defendant Williamson.

## PRAYER FOR RELIEF

Having fully pled all their causes of action against the Defendant, Plaintiff asserts his right to a jury trial under the Seventh Amendment to the United States Constitution and request the Court award the following relief:

a. All appropriate actual damages;

b. All appropriate consequential or special damages;

c. All appropriate punitive damages;

d. Appropriate attorneys' fees and costs; and

e. Any other relief the Court deems reasonable and just.

Respectfully Submitted,

GROVE OZMENT LLC

U***s/ Matthew R. Ozment***

Matthew R. Ozment (Fed Bar No. 12403)
Email: Matt@go-lawyers.com
William E. Grove (Fed Bar No. 12601)
Email: Will@go-lawyers.com
100 Williams Street
Greenville, South Carolina 29601
Tel: (864) 516-2222

May 4, 2022